ROBERT J. MARKS, SBN 108530
EMAIL: rmarks@mftb.com

**MARKS, FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Pro Hac Vice Attorney for Defendant Davide Golia

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | CASE NO: 2:11-cr-00285-PMP-VCF |
| Plaintiff, | ORDER ON DEFENDANT'S MOTION FOR RETURN OF PROPERTY |
| v. | |
| **Davide Golia**, | |
| Defendant. | |

Based on the motion of defendant and for good cause shown:

IT IS SO ORDERED:

Defendant Davide Golia's passport shall be immediately returned to him by mailing it to 14380 Stage Coach Road, Poway, California 92064.

DATED: _July 31, 2012.

HONORABLE PHILIP M. PRO